**Electronically Filed
Supreme Court
SCPW-24-0000150
21-MAY-2024
11:05 AM
Dkt. 10 ODDP**

SCPW-24-0000150

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

_____

RICHARD RAPOZO, Petitioner,

vs.

STATE OF HAWAIʻI, Respondent.

_____

ORIGINAL PROCEEDING
(CASE NO. 1PR141000016)

ORDER DENYING PETITION
(By: Recktenwald, C.J., McKenna, Eddins, and Devens, JJ.,
and Circuit Judge Nakamoto, in place of Ginoza, J., recused)

Upon consideration of the "Motion to Compel Discharge of Movant Pursuant to Ex Parte Lange, 85 U.S. 163 (1874) in effect May 16, 1979" (Motion), filed on March 11, 2024, and the record, we construe the Motion as a petition for writ of habeas corpus. So construed, Petitioner has not demonstrated a special reason for this court to invoke its original jurisdiction in a habeas corpus proceeding. See Oili v. Chang, 57 Haw. 411, 412, 557 P.2d 787, 788 (1976).

It is ordered that the petition is denied.

DATED:  Honolulu, Hawaiʻi, May 21, 2024.

/s/ Mark E. Recktenwald

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Vladimir P. Devens

/s/ Henry T. Nakamoto

2